**Fill in this information to identify the case:**

Debtor 1    Linda M. Tew

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Michigan

Case number    17-31090-jda

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust

Court claim no. (if known): 7

Last 4 digits of any number you use to identify the debtor's account:    5  8  0  1

**Date of payment change:**
Must be at least 21 days after date of this notice    09/01/2020

**New total payment:**
Principal, interest, and escrow, if any    $    865.08

---

**Part 1:    Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ _____260.70_____        New escrow payment: $ _____295.67_____

---

**Part 2:    Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

---

**Part 3:    Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

---

17-31090-jda    Doc 62    Filed 07/28/20    Entered 07/28/20 12:27:14    Page 1 of 7

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Panayiotis D. Marselis                          Date  07/28/2020
Signature

Print:    Panayiotis D. Marselis (P66572)              Title  Attorney for Creditor
          First Name    Middle Name    Last Name

Company   Fabrizio & Brook, P.C.

Address   3290 W. Big Beaver, Suite 117
          Number         Street

          Troy                    MI        49084
          City                    State     ZIP Code

Contact phone   (248) 362-2600              Email  bankruptcy@fabriziobrook.com

SN Servicing Corporation       Final

323 FIFTH STREET

EUREKA, CA  95501

For Inquiries:  (800) 603-0836

Main Office- NMLS ID ▆▆▆   Branch Office- NMLS ID ▆▆▆

Analysis Date:   July 23, 2020

LINDA TEW                                               Loan:   ▆▆▆▆

ESTATE OF EDWARD L TEW

1028 W STEWART ST

OWOSSO MI  48867                                    Property Address:

                                                    1028 WEST STEWART STREET

                                                    OWOSSO, MI  48867

**Annual Escrow Account Disclosure Statement**

**Account History**

This is a statement of actual activity in your escrow account from Oct 2019 to Aug 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Sep 01, 2020: | | Escrow Balance Calculation | |
|---|---|---|---|---|---|
| Principal & Interest Pmt: | 569.41 | 569.41 | | Due Date: | Oct 01, 2019 |
| Escrow Payment: | 260.70 | 295.67 | | Escrow Balance: | 1,498.85 |
| Other Funds Payment: | 0.00 | 0.00 | | Anticipated Pmts to Escrow: | 2,867.70 |
| Assistance Payment (-): | 0.00 | 0.00 | | Anticipated Pmts from Escrow (-): | 1,164.65 |
| Reserve Acct Payment: | 0.00 | 0.00 | | | |
| Total Payment: | $830.11 | $865.08 | | Anticipated Escrow Balance: | $3,201.90 |

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | (1,203.17) |
| Oct 2019 | | 1,167.85 | | | * Escrow Only Payment | 0.00 | (35.32) |
| Nov 2019 | | 221.71 | | | * | 0.00 | 186.39 |
| Dec 2019 | | 221.71 | | | * | 0.00 | 408.10 |
| Dec 2019 | | 328.45 | | | * Escrow Only Payment | 0.00 | 736.55 |
| Jan 2020 | | 221.71 | | | * | 0.00 | 958.26 |
| Jan 2020 | | 221.71 | | | * | 0.00 | 1,179.97 |
| Jan 2020 | | | | 196.08 | * Flood FPI | 0.00 | 983.89 |
| Feb 2020 | | 221.71 | | | * | 0.00 | 1,205.60 |
| Feb 2020 | | 347.95 | | | * Escrow Only Payment | 0.00 | 1,553.55 |
| Feb 2020 | | | | 52.96 | * Flood FPI | 0.00 | 1,500.59 |
| Feb 2020 | | | | 1,256.00 | * Homeowners Policy | 0.00 | 244.59 |
| Feb 2020 | | | | 598.23 | * City/Town Tax | 0.00 | (353.64) |
| Mar 2020 | | 221.71 | | | * | 0.00 | (131.93) |
| Mar 2020 | | 184.88 | | | * Escrow Only Payment | 0.00 | 52.95 |
| Mar 2020 | | | | 52.95 | * Flood FPI | 0.00 | 0.00 |
| Apr 2020 | | 260.70 | | | * | 0.00 | 260.70 |
| Apr 2020 | | | | 52.94 | * Flood FPI | 0.00 | 207.76 |
| May 2020 | | 260.70 | | | * | 0.00 | 468.46 |
| May 2020 | | 260.70 | | | * | 0.00 | 729.16 |
| May 2020 | | 75.41 | | | * Escrow Only Payment | 0.00 | 804.57 |
| May 2020 | | | | 52.93 | * Flood FPI | 0.00 | 751.64 |
| Jun 2020 | | 260.70 | | | * | 0.00 | 1,012.34 |
| Jun 2020 | | 331.64 | | | * Escrow Only Payment | 0.00 | 1,343.98 |
| Jun 2020 | | | | 52.92 | * Flood FPI | 0.00 | 1,291.06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jul 2020 | 260.70 | | * | | 0.00 | 1,551.76 |
| Jul 2020 | | 52.91 | * | Flood FPI | 0.00 | 1,498.85 |
| | | | | Anticipated Transactions | 0.00 | 1,498.85 |
| Jul 2020 | 2,607.00 | 52.91 | | Flood FPI | | 4,052.94 |
| Aug 2020 | 260.70 | 1,058.83 | | City/Town Tax | | 3,254.81 |
| Aug 2020 | | 52.91 | | Flood FPI | | 3,201.90 |
| | $0.00  $7,937.64 | $0.00  $3,532.57 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

Analysis Date:   July 23, 2020

LINDA TEW                                          Loan: ▮▮▮▮

### Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|------|---------------------|-----------|-------------|----------------|----------|
|      | To Escrow | From Escrow | | Anticipated | Required |
|      |           |           | Starting Balance | 3,201.90 | 883.18 |
| Sep 2020 | 295.67 | 52.91 | Flood FPI | 3,444.66 | 1,125.94 |
| Oct 2020 | 295.67 | 52.91 | Flood FPI | 3,687.42 | 1,368.70 |
| Nov 2020 | 295.67 | 52.91 | Flood FPI | 3,930.18 | 1,611.46 |
| Dec 2020 | 295.67 | 52.91 | Flood FPI | 4,172.94 | 1,854.22 |
| Jan 2021 | 295.67 | 52.91 | Flood FPI | 4,415.70 | 2,096.98 |
| Feb 2021 | 295.67 | 598.23 | City/Town Tax | 4,113.14 | 1,794.42 |
| Feb 2021 |        | 1,256.00 | Homeowners Policy | 2,857.14 | 538.42 |
| Feb 2021 |        | 52.91 | Flood FPI | 2,804.23 | 485.51 |
| Mar 2021 | 295.67 | 52.91 | Flood FPI | 3,046.99 | 728.27 |
| Apr 2021 | 295.67 | 52.91 | Flood FPI | 3,289.75 | 971.03 |
| May 2021 | 295.67 | 52.91 | Flood FPI | 3,532.51 | 1,213.79 |
| Jun 2021 | 295.67 | 52.91 | Flood FPI | 3,775.27 | 1,456.55 |
| Jul 2021 | 295.67 | 52.91 | Flood FPI | 4,018.03 | 1,699.31 |
| Aug 2021 | 295.67 | 52.91 | Flood FPI | 4,260.79 | 1,942.07 |
| Aug 2021 |        | 1,058.83 | City/Town Tax | 3,201.96 | 883.24 |
|          | $3,548.04 | $3,547.98 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
 Your escrow balance contains a cushion of 485.51.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 591.33 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 3,201.90.  Your starting balance (escrow balance required) according to this analysis should be $883.18.  This means you have a surplus of 2,318.72.  **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be 3,547.98.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | 295.67 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $295.67 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN (FLINT)**

In re:

| | |
|---|---|
| **Linda M. Tew,** | Chapter 13 |
| | Case No.:  17-31090-jda |
| | Hon. Joel D. Applebaum |
| Debtor. | |

_____/

## PROOF OF SERVICE

Adam Harvey says that on July 28, 2020, I served a copy of the Notice of Mortgage Payment Change upon the following parties either electronically, or by depositing in the U.S. Mail, postage prepaid:

Carl Bekofske
400 N. Saginaw Street
Suite 331
Flint, MI 48502
(via CM/ECF Notification)

William D. Johnson
Acclaim Legal Services
8900 E. 13 Mile Rd.
Warren, MI 48093
(via CM/ECF Notification)

Linda M. Tew
1028 W. Stewart St.
Owosso, MI 48867
(via Regular First Class Mail)

/s/ Adam Harvey
Adam Harvey
3290 W. Big Beaver, Ste. 117
Troy, MI 48084
(248) 362-2600
bankruptcy@fabriziobrook.com